IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA KATZ | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 09-645 |
| | : | |
| GENUARDI'S FAMILY MARKETS, INC., et al. | : | |
|     Defendants | : | |

## **ORDER**

AND NOW, this 8th day of July, 2010, for the reasons discussed in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants, Safeway, Inc. and Genuardi's Family Markets, L.P.'s Motion for Summary Judgment (Doc. 24) is **GRANTED.**

BY THE COURT:

 /s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE